UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                                    CRIMINAL ACTION NO. 3:13-CR-00103-CRS

EMIGDIO VARGAS-MARTINEZ                                               DEFENDANT

## MEMORANDUM OPINION AND ORDER

Defendant Emigdio Vargas-Martinez filed a motion to vacate, set aside, or correct his federal sentence under 28 U.S.C. § 2255. In his motion, Vargas-Martinez raised issues regarding ineffective assistance of counsel; the Court's alleged failure to consider all sentencing factors; the Court's alleged reliance in sentencing on disputed or unresolved facts; and the Court's imposition of an alleged unreasonable sentence. Vargas-Martinez further requested an evidentiary hearing to assist the Court in deciding the matter. The Court referred this to the Magistrate Judge who issued Findings of Fact, Conclusions of Law, and a recommendation that the Court deny Vargas-Martinez's motion with prejudice and deny his certificate of appealability.

The Court has reviewed the recommendation of the Magistrate Judge and agrees with it in all respects. Vargas-Martinez filed an objection which raises some of the same arguments as previously made before the Magistrate Judge. Vargas-Martinez does not raise any new arguments in his objection and repeats his request for an evidentiary hearing.

1

The Court should grant an evidentiary hearing concerning a Section 2255 motion "[u]nless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief." 28 U.S.C. § 2255(b). Vargas-Martinez does not present a factual issue an evidentiary hearing would remedy. The filings and evidence provided in this matter provide all the necessary information for the Court to rule on this motion.

The Court concludes that the Magistrate Judge is correct in his recommendation and adopts his recommendation in full.

The Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Emigdio Vargas-Martinez's motion to vacate (DN 52) pursuant to 28 U.S.C. § 2255 is **DENIED** in this case and is **DISMISSED WITH PREJUDICE**. The Court **DENIES** Defendant Emigdio Vargas-Martinez's request for an evidentiary hearing.

**IT IS FURTHER ORDERED** that the Defendant is **DENIED** a certificate of appealability on all grounds.

This is a final and appealable order.

March 17, 2016

Charles R. Simpson III, Senior Judge
United States District Court